IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL ACTION NO. 21-91-2 |
| | : | |
| ANGEL RAFAEL REYES-VALDEZ | : | |

**ORDER**

**AND NOW**, this 6th day of September, 2023, upon consideration of Defendant Reyes-Valdez's Motion to Suppress (Docket No. 80), all documents filed in connection therewith, and the Hearing held on August 29, 2023, and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED** that Motion is **GRANTED IN PART AND DENIED IN PART** as follows:

1.  The Motion is **GRANTED** as to evidence of any statements that Defendant Reyes-Valdez made regarding his immigration status while he was being questioned by Officer Torres after he was taken into custody on October 28, 2020, and any evidence of such statements is **SUPPRESSSED**.

2.  The Motion is **DENIED** as to the evidence seized during the search of 4243 Hellerman Street on October 28, 2020.

4.  By agreement of the parties, the Trial of this action is bifurcated and Count Seven will be tried before the jury after the jury has reached a decision regarding Counts One through Five of Indictment 21-91.

BY THE COURT:

/s/ John R. Padova
_____
John R. Padova, J.