IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| ANGEL RAFAEL REYES-VALDEZ | : | NO. 21-91-2 |

ORDER

AND NOW, this 10th day of July, 2024, for the reasons stated in the foregoing Memorandum, it is hereby ORDERED that the motion of Defendant Angel Rafael Reyes-Valdez for reconsideration of the motion to suppress evidence obtained in violation of his Fourth Amendment rights (Doc. #171) is DENIED.

BY THE COURT:

/s/   Harvey Bartle III
                                              J.